| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mount Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Anthony Sodono, III<br>Sari B. Placona<br>*Proposed Counsel to Thosco, Inc.* | Order Filed on January 14, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>THOSCO, INC., t/a McGRATH'S PAINT &<br>HARDWARE,<br><br>        Debtor. | Case No. 16-10557 (VFP)<br><br>Chapter 11<br><br>Hearing Date: ___January 15___, 2016<br><br>Honorable Vincent F. Papalia |

## ORDER REGARDING APPLICATION FOR EXPEDITED
## CONSIDERATION OF FIRST DAY MATTERS

   The relief set forth on the following pages, numbered two (2) and three (3), is ORDERED.

**DATED: January 14, 2016**

                        _____
                        **Honorable Vincent F. Papalia**
                        **United States Bankruptcy Judge**

(Page 2)
Debtor: Thosco, Inc. t/a McGrath's Paint & Hardware
Case No.: 16-10557 (VFP)
Caption of Order: Order Regarding Application for Expedited Consideration of First Day Matters

---

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable Vincent F. Papalia in Courtroom #3B, located at the United States Bankruptcy Court, King Federal Building, 50 Walnut Street, Newark, NJ 07102 on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
|---|---|
| 1. Motion Seeking the Joint Administration of Multiple Debtor Bankruptcy Cases. | |
| 2. Motion for an Order Authorizing the Debtor an Extension of Time Within Which to File Statements and Schedules. | |
| 3. Motion for an Order Authorizing the Emergency Use of Cash Collateral or Debtor-In-Possession Financing Pending the Noticing and Scheduling of an Interim Hearing for Financing Pursuant to Bankruptcy Code § 363 and 364 and Fed. R. Bankr. P. 4001. | 1/15/2016 @ 11:00am |
| 4. Motion for an Order Authorizing the Debtor to Maintain Existing Bank Accounts and Business Forms and Cash Management Procedures Providing the United States Trustee's Office with a 60 Day Period to Object to Said Order before It Becomes a Final Order. | 1/15/2016 @ 11:00am |
| 5. Motion for an Order Authorizing a Debtor to Modify the Investment Guidelines Set Forth in Bankruptcy Code § 345 on an Interim Basis, Providing the United States Trustee's Office and Any Other Parties-in-Interest a 60-Day Period to Object to Said Order Before it Becomes a Final Order. | |
| 6. Motion for an Order Authorizing the Debtor to Pay Pre-Petition Wages, Salaries, Compensation, Employee Benefits and Reimbursable Business Expenses up to the Limits Set Forth in Bankruptcy Code § 507(a). | 1/15/2016 @ 11:00am |
| 7. Motion for an Order Authorizing the Debtor to Pay Pre-Petition Sales, Use, Payroll and Other Taxes That Are Otherwise Priority Claims Under Bankruptcy Code § 507. | |
| 8. Motion for an Order Authorizing the Debtor to Continue Credit Card Facilities. | 1/15/2016 @ 11:00am |

(Page 3)
Debtor:              Thosco, Inc. t/a McGrath's Paint & Hardware
Case No.:            16-10557 (VFP)
Caption of Order:    Order Regarding Application for Expedited Consideration of First Day Matters

| MATTER | HEARING DATE and TIME |
|---|---|
| 9. Motion for an Order Authorizing the Debtor to Honor Certain Pre-Petition Customer Obligations, Deposits, Rebates, Etc. | |
| 10. Motion for an Order Authorizing the Debtor to Continue With and Pay Pre-Petition Outstanding Amounts Due on Various Insurance Policies. | |
| 11. Motion for an Order Authorizing Payment of Outstanding and Unpaid Pre-Petition Debt to Certain Vendors Who Provide Critical and Necessary Services and/or Products to the Debtor. | |
| 12. Motion for an Order Pursuant to Bankruptcy Code § 366 Regarding Adequate Assurance for the Future Performance for Utilities and Establishing Procedures for Determining Requests for Additional Adequate Assurance. | 1/15/2016 @ 11:00am |
| 13. Motion for an Order Authorizing the Debtor to Retain a Claims and Noticing Agent. | |
| 14. Motion for an Order Establishing Noticing Procedures. | |

IT IS FURTHER ORDERED, that service of this Order must be made under D.N.J. LBR 9013-5(f); and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

*rev.8/1/15*

4842-0839-0700, v. 1